Main

B 1 (Official Form 1) (1/08)

Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>The Acres Group, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b></td><td align="center"><b>Exhibit B</b></td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>The Acres Group, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____
Signature of Attorney for Debtor(s)
Alfred H. Chan
Printed Name of Attorney for Debtor(s)
Shen & Chan, APLC
Firm Name
Address
805 W. Duarte Road, Suite 106
Arcadia, California 91007
626-821-9094
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Robert Liu
Printed Name of Authorized Individual
President
Title of Authorized Individual
2·25·10
Date

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re      <u>The Acres Group, Inc.</u>

                     Debtor(s)

Case No:

Chapter: **7**

# STATEMENT REGARDING CORPORATE RESOLUTION

I, Robert Liu, declare under penalty of perjury that I am the President of The Acres Group, Inc. and that the following is true and correct copy of the resolutions adopted by the Board of Directors of said corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

NOW, THEREFORE, BE IT RESOLVED, that Robert Liu, President of this Corporation, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Corporation: and

BE IT FURTHER RESOLVED, that Robert Liu, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with said bankruptcy proceedings; and

BE IT FURTHER RESOLVED, that Robert Liu, President of this Corporation, be and hereby is, authorized and directed to employ Alfred H. Chan (216767), Attorney and the law firm of Shen & Chan, APLC to represent the Corporation in said bankruptcy proceedings."

Date: 2·25·10

Signed

Robert Liu, President

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Alfred H. Chan<br>Shen & Chan, APLC<br>805 W. Duarte Road, Suite 106<br>Arcadia, CA 91007<br><br>Telephone: 626-821-9094<br>Fax: 626-821-8746<br>California State Bar Number: 216767<br>[x] *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  The Acres Group, Inc. | CASE NO.: |
|---|---|
| | ADV. NO.: |
| Debtor(s). | CHAPTER:   7 |
| Plaintiff(s), | |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Alfred H. Chan                                                     , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

### [Check the appropriate boxes and, if applicable, provide the required information.]

1.    I have personal knowledge of the matters set forth in this Statement because:

    [  ]    I am the president or other officer or an authorized agent of the debtor corporation

    [  ]    I am a party to an adversary proceeding

    [  ]    I am a party to a contested matter

    [x]    I am the attorney for the debtor corporation

2. a.  [  ]    The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

    b.    [x]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____                    2.25.10
Signature of Attorney or Declarant                    Date

Alfred H. Chan
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

CCD-1002

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Arcadia _____, California.

Dated  2-25-10

Debtor
The Acres Group, Inc.

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1
F101521

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Central_____ District Of California_____

In re The Acres Group, Inc._____ ,                    Case No. _____
                    Debtor

                                                                  Chapter 7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   0 | | |
| B - Personal Property | Yes | 3 | $ 193,657 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $   6,781 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 598,951 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $   0 |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $   0 |
| TOTAL | | 20 | $ 193,657 | $ 605,732 | |

B6-SUM

B6A (Official Form 6A) (12/07)

In re The Acres Group, Inc. _____ ,          Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total ▶ | |

(Report also on Summary of Schedules.)

B6A

B6B (Official Form 6B) (12/07)

In re The Acres Group, Inc. _____

_____,    Case No. _____
 Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | East West Bank (Acct #: 00-86103603) | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Pasadena Business Park, LLC | | 5,168.20 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B6B

B6B (Official Form 6B) (12/07) -- Cont.

In re  The Acres Group, Inc. _____

_____ ,
        **Debtor**

Case No. _____
                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | x | | | |
| 16. Accounts receivable. | | Judgment against Amir Khan Shokrian [Case #: BC373652] | | 153,444.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | David Lai (customer) owes debtor $32,345 but claim in dispute | | 32,344.51 |

B6B (Official Form 6B) (12/07) — Cont.

In re  The Acres Group, Inc.
_____ ,                    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture | | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Computers and Printers | | 2,000.00 |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

0_____ continuation sheets attached    Total ▶ | $ | 193,656.71

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re The Acres Group, Inc.                          ,              Case No. _____
                        **Debtor**                                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | VALUE $ | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| | | | VALUE $ | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| | | | VALUE $ | | | | | |

 __0__  continuation sheets
          attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$ _____     $ _____

$ _____     $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D

**B6E (Official Form 6E) (12/07)**

In re The Acres Group, Inc. _____ ,          Case No. _____
            **Debtor**                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re <u>The Acres Group, Inc.</u>                    ,    **Case No.** _____
       **Debtor**                                                      **(if known)**

[ ]   **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]   **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

[x]   **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]   **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ]   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>____ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re <u>The Acres Group, Inc.</u>                          ,        Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  CP162<br><br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | | 12/31/2008 [Tax] | | | X | 623.00 | | 623.00 |
| Account No.<br><br>Kevin Cheng<br>6811 Ardsley Drive<br>Arcadia, CA 91007 | | | 6/2009 [Salary] | | | X | 6,000.00 | | 6,000.00 |
| Account No.  453-8264-5<br><br>Employment Development Department<br>P.O. Box 826215 MIC 3A<br>Sacramento, CA 94230 | | | 8/10/2009 [Tax] | | | X | 157.76 | | 157.76 |
| Account No.<br><br> | | | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 6,780.76 | $ | $ 6,780.76 |
| Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 6,780.76 | | |
| Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ 6,780.76 |

B6F (Official Form 6F) (12/07)

In re The Acres Group, Inc.                    ,        Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[ ]    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  56618<br><br>Pro Draft, Inc.<br>38 Kaiea Place, #1<br>Paia Maui, HI 96779 | | | 10/2008<br>Vendor | | | X | 16,040.31 |
| ACCOUNT NO.  56619<br><br>Pro Draft, Inc.<br>38 Kaiea Place, #1<br>Paia Maui, HI 96779 | | | 1/2009<br>Vendor | | | X | 28,967.82 |
| ACCOUNT NO.<br><br>Total Profit Control, Inc.<br>P.O. Box 901648<br>Palmdale, CA 93590-1648 | | | Collection agency for Pro Draft, Inc.<br><br>(Notice Only) | | | X | |
| ACCOUNT NO.<br><br>Law Office of Constantin Marcou<br>P.O. Box 901648<br>Palmdale, CA 93590-1648 | | | Attorney for Pro Draft, Inc.<br><br>(Notice Only) | | | X | |
| ACCOUNT NO.<br><br>Laschober & Sovich<br>20301 Ventura Blvd, Suite 338<br>Woodland Hills, CA 91364 | | | 11/2008<br>Vendor | | | X | 3,352.49 |

                                                        Subtotal ►   | $   48,360.62 |

_9_   continuation sheets attached                      Total ►    | $          |
                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the Statistical
                        Summary of Certain Liabilities and Related Data.)

B6F

**B6F (Official Form 6F) (12/07) - Cont.**

In re  The Acres Group, Inc.                    ,                    Case No. _____
_____
        **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  98845-96269<br><br>Law Office of Joseph P.  Graziano<br>18757 Burbank Blvd., Suite 300<br>Tarzana, CA 91356 | | | Attorney for Laschober & Sovich<br><br>(Notice only) | | | X | |
| ACCOUNT NO.  68794502120008977 33<br><br>Dell Financial Services LLC  - BSDT<br>P.O. Box 81577<br>Austin, TX 78708-1577 | | | 2/2009<br>Vendor | | | X | 1,200.00 |
| ACCOUNT NO.<br><br>Oxford Management Services<br>P.O. Box 1991<br>Southgate, MI 48195 | | | Collection agency for Dell<br>Financial Services LLC - BSDT<br>(Notice only) | | | X | |
| ACCOUNT NO.  910-0071449-000<br><br>Konica Minolta Business SOL<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599 | | | 12/2008<br>Office Equipment Lease | | | X | 7,119.32 |
| ACCOUNT NO.  4667Y5082<br><br>Travelers Insurance<br>P.O. Box 26446<br>Richmond, VA 23261-6446 | | | 7/2009<br>Insurance | | | X | 10,000.00 |

Sheet no. _1_ of _9_  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $ 18,319.32

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  The Acres Group, Inc._____,      Case No. _____
             **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 335098935<br><br>RMS<br>77 Harland Street<br>East Hartford, CT 06108 | | | Collection agency for Travelers<br>(Notice Only) | | | X | |
| ACCOUNT NO. Inv #: 08199<br><br>Ken Okamoto & Associates, Inc.<br>3186-F Airway Ave.<br>Costa Mesa, CA 92626 | | | 4/2009<br>Vendor | | | X | 700.00 |
| ACCOUNT NO.<br><br>Neilson Engineering, Inc.<br>120 N. 12th Ave.<br>Pacatello, ID 83201 | | | 4/2008<br>Vendor | | | X | 30,302.83 |
| ACCOUNT NO. File # 1900<br><br>Creditors Resource Group<br>P.O. Box 5489<br>Slidell, LA 70469 | | | Collection agency for Neilson<br>Engineering, Inc.<br>(Notice only) | | | X | |
| ACCOUNT NO.<br><br>Seals & Tenenbaum<br>2323 W. Lincoln Ave., Suite 127<br>Anaheim, California 92801 | | | Attorney for Neilson Engineering,<br>Inc.<br>(Notice only) | | | X | |

Sheet no. _2_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $ 31,002.83

Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re The Acres Group, Inc. _____ ,    Case No. _____
           **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  001-0036708-001<br><br>Lanier Worldwide, Inc.<br>2300 Parklake Dr. NE<br>Atlanta, Georgia 30345-2902 | | | 04/2006<br>Equipment Leasing<br>(Notice Only - Predecessor of TBF Financial, Inc.) | | | X | |
| ACCOUNT NO.  001-0036708-001<br><br>Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>Des Moines, Iowa 50309 | | | 05/2006<br>Equipment Leasing<br>(Notice Only - Predecessor of TBF Financial, Inc.) | | | X | |
| ACCOUNT NO.<br><br>Law Offices of Hermar & Associates<br>2001 Wilshire Blvd., Suite 300<br>Santa Monica, CA 90403 | | | Attorney for Wells Fargo Financial Leasing, Inc.<br>(Notice Only) | | | X | |
| ACCOUNT NO.  001-0036708-001<br><br>TBF Financial, Inc.<br>520 Lake Cook Road, Suite 510<br>Deerfield, IL 60015 | | | 5/2009<br>Equipment Leasing<br>Judgment entered on 12/22/2009 | | | X | 10,396.40 |
| ACCOUNT NO.<br><br>Law Offices of Martin F. Goldman<br>10880 Wilshire Blvd., Suite 2240<br>Los Angeles, CA 90024 | | | Attorney for TBF Financial, Inc.<br>(Notice Only) | | | X | |

Sheet no. 3 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal ➤ | $ 10,396.40

                           Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  The Acres Group, Inc.                    ,          Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Invoice #: 4 <br><br> The Ralat Group <br> 6525 Nancy Road <br> Rancho Palos Verdes, CA 90275 | | | 12/2008 <br> Vendor | | | X | 11,200.00 |
| ACCOUNT NO.  Inv#:7093;7129;7092 <br><br> HYC Consulting Engineers, Inc. <br> 556 North Diamond Bar Blvd., Ste 304 <br> Diamond Bar, CA 91765 | | | 7/2007 <br> Vendor | | | X | 6,733.89 |
| ACCOUNT NO.  Inv#: 5316 <br><br> MHC Engineers <br> 150 8th Street <br> San Francisco, CA 94103 | | | 3/2008 <br> Vendor | | | X | 8,580.00 |
| ACCOUNT NO.  ACRES <br><br> Sky Blueprint & Supplies, Inc. <br> 2826 E. Foothill Blvd., Suite 102 <br> Pasadena, CA 91107 | | | 9/2008 <br> Vendor | | | X | 1,950.93 |
| ACCOUNT NO.  ACRES <br><br> Davis Blue Print Company, Inc. <br> 3205 N. Main Street <br> Los Angeles, CA 90031 | | | 5/2009 <br> Vendor | | | X | 5,022.27 |

Sheet no. _4_  of  _9_  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 33,487.09

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  The Acres Group, Inc.                    ,          Case No. _____
_____
Debtor                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pasadena Business Park - Altadena<br>2500 E. Foothill Blvd., #509<br>Pasadena, CA 91107 | | | 6/2009<br>Landlord for Commercial Lease | | | X | 45,559.53 |
| ACCOUNT NO.<br>AEG Solutions<br>1914 S. Bon View Ave. Suite 9<br>Ontario CA, 91761-5546 | | | 6/2009<br>Vendor | | | X | 1,116.52 |
| ACCOUNT NO.  10449<br>Rumson, Bolling & Associates<br>4570 Van Nuys Blvd. #331<br>Sherman Oaks, CA 91403 | | | Collection agency for AEG Solutions<br>(Notice only) | | | X | |
| ACCOUNT NO.  P-049<br>Charlie Yu & Associates, Inc.<br>9080 Telstar Ave., #304<br>El Monte, CA 91731 | | | 12/2006<br>Vendor | | | X | 60,000.00 |
| ACCOUNT NO.  4339930014158325<br>Platinum Visa Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | | | 02/2008<br>Credit card debt | | | | 6,532.97 |

Sheet no. _5_ of _9_  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $ 113,209.02

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  The Acres Group, Inc.                          ,          Case No. _____
             Debtor                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3715-692261-51004 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096-8000 | | | 09/2009 <br><br> Credit card debt | | | | 2,689.36 |
| ACCOUNT NO. 4246315119913265 <br><br> Chase Card Services <br> P.O. Box 94014 <br> Palatine, IL 60094-4014 | | | 4/2009 <br><br> Credit card debt | | | | 15,982.07 |
| ACCOUNT NO. 3715-309340-94001 <br><br> American Express Costco Bus. Card <br> Box 0001 <br> Los Angeles, CA 90096-8000 | | | 09/2009 <br><br> Credit card debt | | | | 6,886.06 |
| ACCOUNT NO. <br><br> Jia Feng Artworks & Interior <br> 18000 Alburties Ave. <br> Artesia, CA 90701 | | | 08/2009 <br><br> Vendor <br><br> Judgment entered against <br> Petitioner [Case #: LAP 09S00617] | | | X | 5,085.00 |
| ACCOUNT NO. <br><br> Bank of the West <br> 100 W. Sierra Madre Blvd. <br> Sierra Madre, CA 91024 | | | 11/2005 <br><br> Loan <br><br> (Notice Only - assigned debt to <br> Jonathan Neil & Associates, Inc.) | | | X | |

Sheet no.  6  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 30,642.49

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  The Acres Group, Inc.                    ,          Case No. _____
                        Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jonathan Neil & Associates, Inc. <br> P.O. Box 7000 <br> Tarzana, CA 91357 | | | Collection Agency and debt assignee for Bank of the West <br> Lawsuit Case No: BC412364 | | | X | 105,232.98 |
| ACCOUNT NO. <br><br> Bruce A. Hatkoff, ALC <br> 16633 Ventura Blvd., Suite 940 <br> Encino, CA 91436-1801 | | | Attorney for Jonathan Neil & Associates, Inc. <br> (Notice Only) | | | X | |
| ACCOUNT NO. <br><br> Aital Custom Glass & Mirrors, Inc. <br> 2617 N. Rosemead Blvd., <br> So. El Monte, CA 91733 | | | 9/2008 - 11/2008 <br> Vendor <br> (Notice Only - assigned debt to HD Capital, LLC) | | | X | |
| ACCOUNT NO. <br><br> HD Capital, LLC <br> 1811 S. Del Mar Avenue, Suite 209 <br> San Gabriel, CA 91776 | | | Collection agency and debt assignee for Aital Custom Glass & Mirrors, Inc. <br> Lawsuit Case No: GC042862 | | | X | 25,200.00 |
| ACCOUNT NO. <br><br> Law Offices of Kiet Tuan Huynh <br> 12866 Main Street, Suite 201 <br> Garden Grove, CA 92840 | | | Attorney for HD Capital, LLC <br> (Notice Only) | | | X | |

Sheet no. 7 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 130,432.98

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  The Acres Group, Inc._____ ,          Case No. _____
 _____Debtor                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Euphoria Design House <br> 420 S. Pine Street <br> San Gabriel, CA 91776 | | | 3/2009 <br><br> Vendor | | | X | 45,000.00 |
| ACCOUNT NO. <br><br> Murthy Sudhakar <br> 501 Magnolia Street, Unit 207 <br> South Pasadena, CA 91301 | | | 2005-2006 <br><br> Vendor | | | X | 25,000.00 |
| ACCOUNT NO. <br><br> DRC Surveying <br> 9330 W. Martin Ave. <br> Las Vegas, NV 89148 | | | 2008 <br><br> Vendor | | | X | 3,000.00 |
| ACCOUNT NO. <br><br> Jian Cheng Yu <br> 3326 Alice Street <br> Los Angeles, CA 90065 | | | 2009 <br><br> Vendor/Sub-contractor | | | X | 4,000.00 |
| ACCOUNT NO. <br><br> American Recovery Service <br> 2000 E. Flamingo Road <br> Las Vegas, NV 89119 | | | 12/18/2009 <br><br> Collection for Dell Financial <br> Services LLC <br><br> (Notice Only) | | | X | |

Sheet no. 8  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $ 77,000.00

Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  The Acres Group, Inc. _____ ,        Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. David Lai (Crown Plaza Harbor Hotel) 601 S. Palos Verdes Street San Pedro, CA 90731 | | | 2008-2009 Customer (Claim not yet incurred but anticipated. Subject to set off for $32,345 if claim ever incurred.) | | | X | 60,000.00 |
| ACCOUNT NO. Koo, Chow & Company LLP 767 N. Hill Street #500 Los Angeles, CA 90012 | | | 2008 Accounting Services | | | X | 3,800.00 |
| ACCOUNT NO. Ining Lu and Associates 2500 Foothill Blvd., Suite 211 Pasadena, CA 91107 | | | 2004 Vendor | | | X | 42,300.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 9 of 9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 106,100.00

Total ➤  $ 598,950.75
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re <u>The Acres Group, Inc.</u>                    ,          Case No. _____
       **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pasadena Business Park, LLC<br>2500 E. Foothill Bl. #509<br>Pasadena, CA 91107 | Commercial lease for the property located at:<br>133 North Altadena Drive Suite 425,<br>Pasadena, California 91107<br>commencing on December 1, 2006 and ending on<br>November 30, 2011. |
| Lanier Worldwide, Inc.<br>2300 Parklake Dr. NE<br>Atlanta, Georgia 30345-2902 | Equipment lease for sixty (60) months commencing on<br>April 1, 2006. Lease has been assigned to TBF Financial,<br>Inc. and a judgment has been entered against debtor in the<br>amount of $10,396.40 in Pasadena Courthouse, County of<br>Los Angeles [Case No.: 09C02224] |
|  |  |
|  |  |
|  |  |
|  |  |

B6G

B6H (Official Form 6H) (12/07)

In re The Acres Group, Inc. _____ ,          Case No. _____
           **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6H

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   The Acres Group, Inc.

_____ ,        Case No. _____
                        **Debtor**                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                **Debtor**

Date _____        Signature: _____
                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No.
                                                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address
X _____        _____
Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ___Corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _20_____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _2·25·10_____        Signature: _____

                                                    Robert Liu on behalf of Corporation
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]* President

-----------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6-DECL

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____Central_____ **DISTRICT OF** California _____

In re: The Acres Group, Inc. _____, Case No. _____
                   Debtor                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|           AMOUNT |           SOURCE |
|------------------|------------------|
| $50,000          | 2009 Gross Income |
| -$33,240         | 2008 Gross Income |
| $33,491          | 2007 Gross Income |

**2. Income other than from employment or operation of business**

None
[x]

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
[x]

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

None
[x]

b. *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None


c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jia Feng Artworks v. Acres | Case #: LAP 09S00617 [ Small Claims] | San Pedro Courthouse | Judgment against Acres |
| Jonathan Neil v. Acres | Case #: BC412364 [Civil] | Los Angeles Central District | Settled |
| HD Capital v. Acres | Case #: GC042862 [Civil] | Pasadena Courthouse | Pending |
| TBF Financial, Inc. v. Acres | Case #: 09C02224 [Civil/Limited] | Pasadena Courthouse | Judgment against Acres |
| Acres v. Amir Khan Shokrian | Case #: BC373652 [Civil] | Los Angeles Central District | Judgment for Acres |
| Puente Hills Mall v. Acres | Case #: KC054768 [ED/Commercial] | Pomona Courthouse | Dismissed |

---

None


b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6.  Assignments and receiverships**

None
[x]

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None
[x]

b.  List all property which has been in the hands of a custodian, receiver, or a court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|
| | | | |

**7.  Gifts**

None
[x]

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

**8.  Losses**

None
[x]

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

5

**9.  Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Shen & Chan, APLC | 4/2009 | $2,500.00 |
| 805 W. Duarte Road, Suite 106 | | |
| Arcadia, California 91006 | | |

---

**10.  Other transfers**

None ☒  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

None ☒  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC | Business Checking - xxx-xx567-8 - $0 | $0 - closed in 11/2009 |
| P.O. Box 9 Buffalo, New York 14240 | | |
| East West Bank | Business Checking - xx-xxxx8157 | $0 - closed in 10/2009 |
| 2090 Huntington Dr. San Marino, CA 91108 | | |

6

**12. Safe deposit boxes**

None ☐
x ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐
x ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐
x ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐
x ☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
[ x ]    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
[ x ]    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
[ x ]    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
[ x ]    c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
[ x ]    a.  *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
[x]    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, records and financial statements**

None
[ ]    a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Robert Liu | 1998 to present |
| 133 N. Altadena Dr. #425 Pasadena, CA 91107 | |

None
[ ]    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| Koo, Chow & Company LLP | 767 N. Hill Street #500 Los Angeles, CA 90012 | 1998 to present |

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Robert Liu | 133 N. Altadena Dr. #425 Pasadena CA, 91107 |

None d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
x    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of
x    each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None b. List the name and address of the person having possession of the records of each of the inventories reported
x    in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
x    partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐    directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Robert Liu | President | 100% |
| 133 N. Altadena Dr. #425 Pasadena, CA 91107 | | |

10

**22. Former partners, officers, directors and shareholders**

None
[ x ]

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
[ x ]

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distributions by a corporation**

None
[ x ]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
[ x ]

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
[ x ]

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature
                                   of Debtor _____

Date _____    Signature
                                   of Joint Debtor _____
                                   (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _2·25·10_____    Signature _____

                            Robert Liu, President
                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

x_____    _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 203
(12/94)

# United States Bankruptcy Court

### _____Central_____ District Of _Californa_____

**In re** The Acres Group, Inc.

Case No. _____

**Debtor**

Chapter _7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___2,500_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___2,500_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.    The source of the compensation paid to me was:

[x] Debtor                    [ ] Other (specify)

3.    The source of compensation to be paid to me is:

[ ] Debtor                    [ ] Other (specify)

4.    [x]    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ]    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B203

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtor in any dischargeability actions, judicial lien avoidances, reaffirmation agreement relief
from stay actions, adversary preceedings and other contested bankruptcy matters.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceedings.

02 - 25. / 0
*Date*

*Signature of Attorney*

Alfred H. Chan

Shen & Chan, APLC
*Name of law firm*
805 W. Duarte Road, Suite 106 Arcadia, CA 91007

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Alfred H. Chan<br>Shen & Chan, APLC<br>805 W. Duarte Road, Suite 106<br>Arcadia, California 91007<br><br>Telephone: 626-821-9094<br>Fax: 626-821-8746<br>California Bar Number: 216767<br>*Attorney for* Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: The Acres Group, Inc. | CHAPTER 7 |
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* 4/14/2009 _____ , I agreed with the Debtor that for a fee of $ 2,500 _____ , I would provide only the following services:

    a. [x] Prepare and file the Petition and Schedules
    b. [x] Represent the Debtor at the 341(a) Meeting
    c. [ ] Represent the Debtor in any relief from stay actions
    d. [ ] Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
       11 U.S.C. § 727
    e. [ ] Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
       11 U.S.C. § 523
    f. [x] Other *(specify)*: The flat fee quoted above only includes 2(a) and 2(b). All other motions, proceedings,
       reaffirmation agreement, hearings will be billed at an hourly rate.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and
    that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:

I HEREBY APPROVE THE ABOVE:

_____
*Signature of Debtor*
The Acres Group, Inc.

Shen & Chan, APLC
*Law Firm Name*

By: _____

Name: Alfred H. Chan
      *Attorney for Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.1**
F209011

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Alfred H. Chan
          Shen & Chan, APLC

Address   805 W. Duarte Road, Suite 106
          Arcadia, California 91007

Telephone   626-821-9094

[ x ] Attorney for Debtor(s)

[ ] Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br><br>The Acres Group, Inc.<br>Acres Realty<br>Acres Group | Case No.: |
|---|---|
| | Chapter:  7 |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  9         sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   2·25·10

_Debtor_
The Acres Group, Inc.

---

_Attorney (if applicable)_
Alfred H. Chan
Shen & Chan, APLC
805 W. Duarte Rd. Suite 106 Arcadia, CA

_Joint Debtor_

BK-105

The Acres Group Inc
133 N Altadena Drive
Suite 425
Pasadena, CA 91107


Office of the US Trustee
725 S Figueroa Street
Suite 2600
Los Angeles, CA 90017


Alfred H. Chan
Shen & Chan APLC
805 W Duarte Road Suite 106
Arcadia, CA 91007

AEG Solutions
1914 S Bon View Ave
Suite 9
Ontario, CA 91761-5546


Aital Custom Glass & Mirrors Inc
2617 N Rosemead Blvd
So El Monte, CA 91733


American Express
Box 0001
Los Angeles, CA 90096-8000


American Express Costco Bus Card
Box 0001
Los Angeles, CA 90096-8000


American Recovery Service
2000 E. Flamingo Road
Las Vegas, NV 89119


Bank of the West
100 W Sierra Madre Blvd
Sierra Madre, CA 91024


Bruce A Hatkoff ALC
16633 Ventura Blvd
Suite 940
Encino, CA 91436-1801

Charlie Yu & Associates Inc
9080 Telstar Ave
Suite 304
El Monte, CA 91731


Chase Card Services
PO Box 94014
Palatine, IL 60094-4014


Creditors Resource Group
PO Box 5489
Slidell, LA 70469


David Lai
Crown Plaza Harbor Hotel
601 S. Palos Verdes Street
San Pedro, CA 90731


Davis Blue Print Company Inc
3205 N Main Street
Los Angeles, CA 90031


Dell Financial Services LLC – BSDT
PO Box 81577
Austin, TX 78708-1577


Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0039

DRC
9330 W Martin Ave
Las Vegas, NV 89148


Employment Development Department
P.O. Box 826215 MIC 3A
Sacramento, CA 94230


Euphoria Design House
420 S Pine Street
San Gabriel, CA 91776


HD Capital LLC
1811 S Del Mar Avenue
Suite 209
San Gabriel, CA 91776


HYC Consulting Engineers Inc
556 North Diamond Bar Blvd
Suite 304
Diamond Bar, CA 91765


Ining Lu and Associates
2500 Foothill Blvd
Suite 211
Pasadena, CA 91107


Jia Feng Artworks & Interior
18000 Alburties Ave.
Artesia, CA 90701

Jian Cheng Yu
3326 Alice Street
Los Angeles, CA 90065


Jonathan Neil & Associates Inc.
PO Box 7000
Tarzana, CA 91357


Ken Okamoto & Associates Inc
3186 F Airway Ave
Costa Mesa, CA 92626


Kevin Cheng
6811 Ardsley Drive
Arcadia, CA 91007


Koo, Chow & Company LLP
767 N. Hill Street #500
Los Angeles, CA 90012


Konica Minolta Business SOL
PO Box 550599
Jacksonville, FL 32255-0599


Lanier Worldwide Inc
2300 Parklake Dr. NE
Atlanta, GA 30345-2902

Laschober & Sovich
20301 Ventura Blvd
Suite 338
Woodland Hills, CA 91364


Law Office of Constantin Marcou
PO Box 901648
Palmdale, CA 93590-1648


Law Offices of Hermar & Associates
2001 Wilshire Blvd
Suite 300
Santa Monica, CA 90403


Law Offices of Kiet Tuan Huynh
12866 Main Street
Suite 201
Garden Grove, CA 92840


Law Office of Joseph P Graziano
18757 Burbank Blvd
Suite 300
Tarzana, CA 91356


Law Offices of Martin F Goldman
10880 Wilshire Blvd
Suite 2240
Los Angeles, CA 90024


MHC Engineers
150 8th Street
San Francisco, CA 94103

Murthy Sudhakar
501 Magnolia Street
Unit 207
South Pasadena, CA 91301


Neilson Engineering Inc
120 N 12th Ave.
Pacatello, ID 83201


Oxford Management Services
PO Box 1991
Southgate, MI 48195


Pasadena Business Park Altadena
2500 E Foothill Blvd.
Suite 509
Pasadena, CA 91107


Platinum Visa Business Card
PO Box 15710
Wilmington, DE 19886-5710


Pro Draft Inc
38 Kaiea Place
Suite 1
Paia Maui, HI 96779


RMS
77 Harland Street
East Hartford, CT 06108

Rumson Bolling & Associates
4570 Van Nuys Blvd
Suite 331
Sherman Oaks, CA 91403


Seals & Tenenbaum
2323 W Lincoln Ave
Suite 127
Anaheim, CA 92801


Sky Blueprint & Supplies Inc
2826 E Foothill Blvd
Suite 102
Pasadena, CA 91107


TBF Financial Inc
520 Lake Cook Road
Suite 510
Deerfield, IL 60015


The Ralat Group
6525 Nancy Road
Rancho Palos Verdes, CA 90275


Total Profit Control Inc
PO Box 901648
Palmdale, CA 93590-1648


Travelers Insurance
PO Box 26446
Richmond, VA 23261-6446

Wells Fargo Financial Leasing Inc
800 Walnut Street
Des Moines, Iowa 50309